**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

```
In re                           ) Case No. 21-20770 - B - 13
Angelas Patricia Ashley,        ) Docket Control No. JLL-1
           Debtor.              ) Document No. 24
                                ) Date: 09/21/2021
                                ) Time: 1:00 PM
                                ) Dept: B
```

**Order**

The motion is ORDERED DENIED IN PART AND GRANTED IN PART for reasons stated in the minutes at dkt. 40.

**Dated:** September 23, 2021

Christopher D. Jaime, Judge
United States Bankruptcy Court

[24] - Motion/Application to Value Collateral of Internal Revenue Service [JLL-1] Filed by Debtor Angelas Patricia Ashley (mgrs)